**'08 CV 5713** (RJS)

(ECF CASE)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

BIND-RITE SERVICES, INC.,

                                Plaintiff,

          – against –

CAPITAL SYSTEMS L.L.C.,

                            Defendant.

-------------------------------------------------------------------- X

Case No.

**VERIFIED
COMPLAINT**

**Jury Trial Demanded**

         Plaintiff Bind-Rite Services, Inc. ("Bind-Rite"), by its undersigned attorneys, the Law Offices of David C. Berg, as and for its Verified Complaint against defendant Capital Systems L.L.C. ("Capital Systems") herein alleges as follows:

## THE PARTIES

         1.     Bind-Rite is a corporation organized under the laws of the State of New Jersey with its principal place of business located at 16 Horizon Boulevard, South Hackensack, New Jersey 07606.

         2.     Upon information and belief, Capital Systems is a limited liability company organized under the laws of the State of New York with its principal place of business located at Two Grand Central Tower, 140 East 45th Street, New York, New York 10017.

         3.     Upon information and belief, Capital Systems is a technology-based solutions provider of filing, printing and distribution services to financial and real estate services companies.  Among its services, Capital Systems provides on-site composition, outsourced printing and electronic access to time-critical financial information to clients in the State of New York and in this judicial district.

**JURISDICTION AND VENUE**

4.      This is a civil action for breach of contract, account stated, goods sold and delivered, unjust enrichment and quantum meruit, for which Bind-Rite seeks damages.

5.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) since there is complete diversity among the parties and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.      The Court has personal jurisdiction over Capital Systems pursuant to Rule 4 of the Federal Rules of Civil Procedure and New York Civil Practice Laws and Rules § 301 insofar as Capital Systems maintains an office in New York, solicits business in New York, and has employees working in New York, and certain of the actions giving rise to the claims herein took place in New York.

7.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(1), (a)(3), (b)(1) and (c) because Capital Systems, upon information and belief, is domiciled in the Southern District of New York.

**THE SUBJECT OF THIS ACTION**

8.      As set forth more fully below, between approximately November 2, 2007 and June 5, 2008, Bind-Rite provided and delivered to Capital Systems a variety of printing, binding and packaging goods and services as detailed more specifically on the accompanying purchase orders which are annexed hereto as **Exhibit A** (hereinafter collectively referred to as the "Purchase Orders") and in the Unpaid Invoices (as that term is defined below). Such goods and services included without limitation binding, copying, printing, collating, covering and packaging prospectuses, private placement memoranda, offering documents, forms, spreadsheets and other related financial and real estate documents (the "Binding Goods and Services").

9.    Bind-Rite commences this action to recover $187,750.34 from Capital Systems, representing the agreed value of the Binding Goods and Services provided by Bind-Rite to Capital Systems, for which Bind-Rite duly and timely invoiced Capital Systems, no part of which has been paid to Bind-Rite by Capital Systems despite Bind-Rite's due demand therefor.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

10.    Bind-Rite is a full service bindery and printing facility which has been providing such services for approximately 20 years.

11.    Upon information and belief, Capital Systems, among other services, specializes in printing brokerage services for real estate, IPO, M&A, structured finance, bankruptcy and restructuring transactions, and also provides compliance, regulatory and financial reporting services.

12.    Capital Systems first retained Bind-Rite to provide printing, binding, copying and related goods and services approximately eight (8) years ago.

13.    Since the inception of the parties' relationship, prior to each instance of Bind-Rite rendering printing, binding, copying and related goods and services to Capital Systems (including, without limitation, the Binding Goods and Services), Capital Systems has agreed to pay Bind-Rite the invoiced amount for such goods and services as requested by Capital Systems on its purchase orders (including, without limitation, the Purchase Orders) as submitted to Bind-Rite.

14.    Each written invoice submitted by Bind-Rite to Capital Systems set forth, *inter alia*: (a) the items and services ordered by Capital Systems as referenced on Capital Systems' Purchase Orders; (b) the agreed price for each such item/service ordered by Capital Systems; (c)

the payment terms for each such invoice (*e.g.*, "30 Days"); and (d) the purchase order number referencing the corresponding purchase order to which each such invoice related.

15.    While Capital Systems regularly paid Bind-Rite for the goods and services provided by Bind-Rite to Capital Systems during the initial approximately six (6) years of the parties' relationship, during the last eight (8) months of the parties' relationship, Capital Systems has failed and refused to pay Bind-Rite for the Binding Goods and Services provided by Bind-Rite to Capital Systems, despite Capital Systems' agreement to pay Bind-Rite the agreed contract price for such goods and services.

16.    Specifically, during the period from approximately November 2, 2007 through June 5, 2008, Capital Systems has failed to pay Bind-Rite with respect to the Binding Goods and Services which were ordered by Capital Systems pursuant to the Purchase Orders and which are the subject of the following invoices, copies of which are attached hereto collectively as **Exhibit B** (hereinafter collectively referred to as the "Unpaid Invoices"):

| Invoice No. | Invoice Date | P.O. No. | Invoice Amount |
|---|---|---|---|
| 0017294-IN | 11/02/2007 | 300339 | $ 5,061.00 |
| 0017315-IN | 11/06/2007 | 300454 | $ 5,752.75 |
| 0017350-IN | 11/09/2007 | 300585 | $ 5,626.00 |
| 0017351-IN | 11/09/2007 | 300530 | $ 4,818.00 |
| 0017384-IN | 11/13/2007 | 300759 | $ 4,994.50 |
| 0017392-IN | 11/14/2007 | 300339 | $ 2,655.53 |
| 0017428-IN | 11/16/2007 | 300454 | $ 4,182.00 |
| 0017473-IN | 11/27/2007 | 300759 | $ 8,535.50 |
| 0017528-IN | 12/04/2007 | 300946 | $ 7,391.75 |
| 0017529-IN | 12/04/2007 | 300901 | $ 5,446.50 |
| 0017533-IN | 12/04/2007 | 300843 | $ 5,200.00 |
| 0017534-IN | 12/04/2007 | 300842 | $10,365.25 |
| 0017632-IN | 12/14/2007 | 300999 | $ 1,260.00 |
| 0017646-IN | 12/17/2007 | 300971 | $ 4,672.00 |
| 0017647-IN | 12/17/2007 | 300896 | $ 5,540.25 |
| 0017673-IN | 12/20/2007 | 300901 | $ 3,880.50 |
| 0017697-IN | 12/21/2007 | 300842 | $ 6,088.50 |

| Invoice No. | Invoice Date | P.O. No. | Invoice Amount |
|---|---|---|---|
| 0017710-IN | 12/26/2007 | 300896 | $ 4,802.00 |
| 0017711-IN | 12/26/2007 | 300971 | $ 7,478.00 |
| 0017712-IN | 12/26/2007 | 300946 | $ 8,896.00 |
| 0017865-IN | 01/14/2008 | 300307 | $11,530.00 |
| 0017917-IN | 01/22/2008 | 301219 | $ 1,850.00 |
| 0018840-IN | 04/21/2008 | 301835 | $ 8,069.25 |
| 0018848-IN | 04/21/2008 | 301596 | $ 5,135.50 |
| 0018868-IN | 04/23/2008 | 301869 | $ 2,736.56 |
| 0018890-IN | 04/25/2008 | 301803 | $ 4,369.00 |
| 0018950-IN | 04/28/2008 | 301892 | $ 8,775.00 |
| 0019115-IN | 05/07/2008 | 301835 | $ 3,405.50 |
| 0019208-IN | 05/19/2008 | 301884 | $ 6,698.25 |
| 0019295-IN | 05/30/2008 | 302070 | $ 6,514.25 |
| 0019296-IN | 05/30/2008 | 300247 | $ 3,782.75 |
| 0019325-IN | 06/05/2008 | 302199 | $   825.00 |
| 0019326-IN | 06/05/2008 | 302199 | $ 6,459.00 |
| 0019328-IN | 06/05/2008 | 301884 | $ 4,954.25 |

|  |  | **Total:** | **$187,750.34** |

17.    Despite Bind-Rite's due demand therefor, Capital Systems has failed and refused to pay Bind-Rite the total outstanding agreed amount of $187,750.34 due to Bind-Rite under the Unpaid Invoices for the Binding Goods and Services which were sold and delivered to, and accepted by Capital Systems pursuant to the parties' agreement.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Breach of Contract)

18.    Bind-Rite repeats and realleges the allegations set forth in paragraphs "1" through "17" with the same force and effect as if fully set forth herein.

19.    Capital Systems' failure and refusal to pay Bind-Rite as per the terms of the Unpaid Invoices constitutes a wrongful breach and repudiation on the part of Capital Systems of its agreement to pay Bind-Rite pursuant to the terms set forth therein.

20.    As a direct and proximate result of Capital Systems' breaches and repudiations of its agreement with Bind-Rite, Bind-Rite has incurred damages, including compensatory damages, lost profits and resultant consequential damages in the amount of $187,750.34.

21.    Capital Systems is liable to Bind-Rite for damages in the amount of at least $187,750.34 with interest thereon from November 2, 2007.

### AS AND FOR A SECOND CAUSE OF ACTION
**(Goods Sold and Delivered)**

22.    Bind-Rite repeats and realleges the allegations set forth in paragraphs "1" through and including "21" above with the same force and effect as if fully set forth herein.

23.    From on or about November 2, 2007 through and including on or about June 5, 2008, Bind-Rite sold and delivered the Binding Goods and Services to Capital Systems having an agreed total value of $187,750.34.

24.    On or about November 2, 2007 through and including on or about June 5, 2008, Capital Systems accepted and agreed to pay Bind-Rite a total of $187,750.34 for such Binding Goods and Services  provided by Bind-Rite to Capital Systems.

25.    Despite Bind-Rite's demand upon Capital Systems for payment of the agreed sum of $187,750.34, to date Capital Systems has failed and refused to pay Bind-Rite any part of that agreed sum for such Binding Goods and Services provided by Bind-Rite to Capital Systems, although such amount is due and owing.

26.    By reason of the foregoing, Capital Systems owes Bind-Rite $187,750.34, with interest thereon from November 2, 2007, for the Binding Goods and Services, which were sold and delivered to, and accepted by, Capital Systems between November 2, 2007 and June 5, 2008.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Quantum Meruit)

27.    Bind-Rite repeats and realleges the allegations set forth in paragraphs "1" through and including "26" above with the same force and effect as if fully set forth herein.

28.    Capital Systems has received a substantial benefit as a result of the Binding Goods and Services provided by Bind-Rite to Capital Systems from on or about November 2, 2007 through and including on or about June 5, 2008.

29.    The Binding Goods and Services provided by Bind-Rite to Capital Systems from on or about November 2, 2007 through and including on or about June 5, 2008, had a reasonable value of $187,750.34.

30.    No part of that amount has been paid by Capital Systems to Bind-Rite although payment thereof has been duly demanded by Bind-Rite.

31.    Capital Systems should be required to pay Bind-Rite the reasonable value of such Binding Goods and Services provided by Bind-Rite to Capital Systems in the amount of $187,750.34.

32.    By reason of the foregoing, there is now due and owing from Capital Systems to Bind-Rite the amount of $187,750.34 with interest thereon from November 2, 2007.

## AS AND FOR A FOURTH CAUSE OF ACTION AGAINST
### (Unjust Enrichment)

33.    Bind-Rite repeats and realleges the allegations set forth in paragraphs "1" through and including "32" above with the same force and effect as if set forth fully herein.

34.    By having received the above-referenced Binding Goods and Services without having paid Bind-Rite for such services, Capital Systems has been unjustly enriched at Bind-Rite's expense.

35.    As a result of the forgoing, Bind-Rite has been damaged and Capital Systems should be required to make restitution to Bind-Rite in the amount of $187,750.34 with interest thereon from November 2, 2007.

### AS AND FOR A FIFTH CAUSE OF ACTION
### (Account Stated)

36.    Bind-Rite repeats and realleges the allegations set forth in paragraphs "1" through and including "35" above with the same force and effect as if set forth herein.

37.    Between on or about November 2, 2007 through on or about June 5, 2008, an account was stated between Bind-Rite and Capital Systems, by virtue of Bind-Rite's rendering the Unpaid Invoices to Capital Systems.

38.    Capital Systems has never disputed nor objected to the charges set forth in the Unpaid Invoices showing a total account balance of $187,750.34 due and owing from Capital Systems to Bind-Rite.

39.    Capital Systems has failed and refused to pay the balance due of $187,750.34 although such amount is due and owing, and payment thereof has been duly demanded.

40.    By reason of the foregoing, Capital Systems are indebted to Bind-Rite in the total amount of $187,750.34 with interest thereon from June 2, 2007.

WHEREFORE, plaintiff Bind-Rite Services, Inc. respectfully requests that this Court enter a judgment:

(i)    adjudging Capital Systems liable to Bind-Rite in respect of its First Cause of Action in the amount of at least $187,750.34, with interest thereon from November 2, 2007, together with attorneys' fees, costs and disbursements of this action;

(ii)    adjudging Capital Systems liable to Bind-Rite in respect of its Second Cause of Action in the amount of at least $187,750.34, with interest thereon from November 2, 2007, together with attorneys' fees, costs and disbursements of this action;

(iii)    adjudging Capital Systems liable to Bind-Rite in respect of its Third Cause of Action in the amount of at least $187,750.34, with interest thereon from November 2, 2007, together with attorneys' fees, costs and disbursements of this action;

(iv)    adjudging Capital Systems liable to Bind-Rite in respect of its Fourth Cause of Action in the amount of at least $187,750.34, with interest thereon from November 2, 2007, together with attorneys' fees, costs and disbursements of this action;

(v)    adjudging Capital Systems liable to Bind-Rite in respect of its Fifth Cause of Action in the amount of at least $187,750.34, with interest thereon from November 2, 2007, together with attorneys' fees, costs and disbursements of this action; and

(g)    Awarding Bind-Rite Services, Inc. such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       June 25, 2008                          **LAW OFFICES OF DAVID C. BERG**

                                              By: _____
                                                    David C. Berg (DB-4089)
                                                    Attorneys for Plaintiff
                                                    Bind-Rite Services, Inc.
                                                    425 Madison Avenue, 11th Floor
                                                    New York, New York 10017-1110
                                                    (212) 829-0400

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

BIND-RITE SERVICES, INC.,                                    Case No.

                                    Plaintiff,

                        -- against --

                                                             **VERIFICATION**

CAPITAL SYSTEMS L.L.C.,

                                    Defendant.

------------------------------------------------------------------- X

STATE OF NEW YORK     )
                      )  ss.:
COUNTY OF NEW YORK    )

    ELLIOT WARD, being duly sworn, deposes and says:

    I am the CEO of plaintiff BIND-RITE SERVICES, INC. in the above-captioned action, that I have read the foregoing Verified Complaint and know the contents thereof; that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

_____
Elliot Ward

### ACKNOWLEDGMENT TAKEN IN NEW YORK STATE

    On the 25th day of June in the year 2008, before me, the undersigned, personally appeared, Elliot Ward, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

BENJAMIN SUESS
Notary Public, State of New York
No. 02SU6060790
Qualified in Kings County
Commission Expires July 2, 2011

10

# EXHIBIT A

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/2/2007 | 0017294-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300339 | 52478 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | NAVIOS MARITIME PREL PROS | | | |
| | JOB NO: 300339 | | | |
| 11,000 | 328 PG. PB 7 FORMS | 375.00 | / M | 4,125.00 |
| 156 | PACKAGES | 6.00 | EACH | 936.00 |

| | |
|---|---|
| SALE AMOUNT | 5,061.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $5,061.00 |

**PAYMENT REC'D**
**BALANCE DUE**

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/6/2007 | 0017315-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300454 | 52502 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | BACM 2007-4 PRELIMINARY PROS | | | |
| | JOB NO: 300454 | | | |
| 1,250 | 448 PGS + 3 SPREADS + CVR | | | |
| | TOTAL PRICE | 3700.00 | 0 | 3,700.00 |
| 1,250 | DISC | 0.50 | EACH | 625.00 |
| 737 | FEDEX W/LABEL & TERM | 1.75 | EACH | 1,289.75 |
| 23 | BOXES VARIOUS QTY | 6.00 | EACH | 138.00 |

| | |
|---|---|
| SALE AMOUNT | 5,752.75 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $5,752.75 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/9/2007 | 0017350-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300585 | 52537 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | ML-CFC 2007-9 PRELIM FWP | | | |
| | JOB NO: 300585 | | | |
| 500 | 636 PGS + 8 SPREADS + 4PG CVR | | | |
| | TOTAL PRICE | 4200.00 | 0 | 4,200.00 |
| 500 | DISC | 0.50 | EACH | 250.00 |
| 101 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 71 | FEDEX CARTONS | 6.00 | EACH | 426.00 |

| | |
|---|---|
| SALE AMOUNT | 5,626.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $5,626.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/9/2007 | 0017351-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300530 | 52535 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | WACHOVIA 2007-C34 | | | |
| | JOB NO: 300530 | | | |
| 500 | 520 PGS + 4 SPREADS + 6PG CVR | 3500.00 | 0 | 3,500.00 |
| | TOTAL PRICE | | | |
| 500 | DISC | 0.50 | EACH | 250.00 |
| 272 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 53 | FED EX CARTONS | 6.00 | EACH | 318.00 |

| | |
|---|---|
| SALE AMOUNT | 4,818.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $4,818.00 |

**PAYMENT REC'D**
**BALANCE DUE**

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/13/2007 | 0017384-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300759 | 52568 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | LB-UBS 2006-C7 | | | |
| | JOB NO: 300759 | | | |
| 1,200 | 616 PGS + 3 SPREADS +6 PG CVR | | | |
| | TOTAL PRICE | 3600.00 | 0 | 3,600.00 |
| 1,200 | DISC | 0.50 | EACH | 600.00 |
| 454 | PACKAGES | 1.75 | EACH | 794.50 |

| | |
|---|---|
| SALE AMOUNT | 4,994.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $4,994.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/14/2007 | 0017392-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300339 | 52584 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | NAVIOS MARITIME | | | |
| | JOB NO: 300339 | | | |
| 2,957 | 328 PG. PB 11 FORMS | 825.00 | M | 2,439.53 |
| 36 | BREAKDOWNS | 6.00 | EACH | 216.00 |

| | |
|---|---|
| SALE AMOUNT | 2,655.53 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $2,655.53 |
| **PAYMENT REC'D** | |
| **BALANCE DUE** | |

 # BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/16/2007 | 0017428-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300454 | 52602 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | BACM 2007-4 FINAL PROS SUPP | | | |
| | JOB NO: 300454 | | | |
| 600 | 452 PGS + 3 SPREADS PB | | | |
| | TOTAL PRICE | 3700.00 | 0 | 3,700.00 |
| 600 | DISC | 0.50 | EACH | 300.00 |
| 104 | PACKAGES | 1.75 | EACH | 182.00 |

| | |
|---|---|
| SALE AMOUNT | 4,182.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $4,182.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/27/2007 | 0017473-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300759 | 300759 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | LB-UBS 2006-C7 | | | |
| | JOB NO: 300759 | | | |
| 1,000 | 624 PGS + 3 SPREADS + 6PG CVR | | | |
| | TOTAL PRICE | 3600.00 | 0 | 3,600.00 |
| 1,000 | DISC | 0.50 | EACH | 500.00 |
| 195 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 106 | FEDEX | 1.75 | EACH | 185.50 |
| 1 | SATURDAY OVERTIME | 3500.00 | EACH | 3,500.00 |
| | FOLD, BIND, SHIP | | | |

| | |
|---|---|
| SALE AMOUNT | 8,535.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $8,535.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/4/2007 | 0017528-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300946 | 52693 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | BSCMSI 07-PWR18 | | | |
| | JOB NO: 300946 | | | |
| 1,800 | 444 PG + 5 SPREADS & 6 PG CVR | | | |
| | PERFECT BOUND | | | |
| | TOTAL PRICE | 4600.00 | 0 | 4,600.00 |
| 1,800 | DISC | 0.50 | EACH | 900.00 |
| 1,081 | PACKAGES W/TERM SHEET | 1.75 | EACH | 1,891.75 |

| | |
|---|---|
| SALE AMOUNT | 7,391.75 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $7,391.75 |
| **PAYMENT REC'D** | |
| **BALANCE DUE** | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/4/2007 | 0017529-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300901 | 52692 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | JPMCC 2007-C1 | | | |
| | JOB NO: 300901 | | | |
| 1,000 | 460 PGS + 1 SPREAD + 6PG CVR | | | |
| | PERFECT BOUND | | | |
| | TOTAL PRICE | 3900.00 | 0 | 3,900.00 |
| 1,000 | DISC | 0.50 | EACH | 500.00 |
| 598 | PACKAGES W/TERM SHEET | 1.75 | EACH | 1,046.50 |

| | |
|---|---|
| SALE AMOUNT | 5,446.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $5,446.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/4/2007 | 0017533-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300843 | 52694 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | UBS 2007- FL1 | | | |
| | JOB NO: 300843 | | | |
| 1,420 | 132 PG. & COVER PB | | | |
| | FOLD 8/16 + 1/4 | | | |
| | TOTAL PRICE | 3200.00 | 0 | 3,200.00 |
| 1 | SUNDAY OVERTIME - FOLD | 750.00 | EACH | 750.00 |
| 1 | SUNDAY PARTIAL SHIFT OT - BIND | 1250.00 | EACH | 1,250.00 |

| | |
|---|---|
| SALE AMOUNT | 5,200.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $5,200.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/4/2007 | 0017534-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300842 | 52691 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | UBS 2007 - FL1 | | | |
| | JOB NO: 300842 | | | |
| 1,500 | 548 PGS + 2 SPREADS + 10 TABS | | | |
| | + 6 PAGE COVER | | | |
| | TOTAL PRICE | 6500.00 | 0 | 6,500.00 |
| 1,000 | DISC | 0.50 | EACH | 500.00 |
| 1 | PARTIAL SUNDAY OT - FOLD | 500.00 | EACH | 500.00 |
| 1 | PARTIAL SUNDAY OT - BIND | 1250.00 | EACH | 1,250.00 |
| 923 | PACKAGES | 1.75 | EACH | 1,615.25 |

| | |
|---|---|
| SALE AMOUNT | 10,365.25 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $10,365.25 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 ● FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/14/2007 | 0017632-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY  10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300999 | 52786 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| 720 | BACM 2007-5<br>JOB NO: 300999<br>FED EX SHIPMENTS | 1.75 | EA | 1,260.00 |

| | |
|---|---|
| SALE AMOUNT | 1,260.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $1,260.00 |
| **PAYMENT REC'D** | |
| **BALANCE DUE** | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 ● FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/17/2007 | 0017646-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300971 | 52791 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | MORGAN STANLEY 2007 HQ13 FREE | | | |
| | WRITING PROSPECTUS | | | |
| | JOB NO: 300971 | | | |
| 650 | 528 PG. + 2 SPREADS &6COVER PB | | | |
| | TOTAL PRICE | 3500.00 | 0 | 3,500.00 |
| 650 | DISCS | 0.50 | EACH | 325.00 |
| 484 | PACKAGES | 1.75 | EACH | 847.00 |

| | |
|---|---|
| SALE AMOUNT | 4,672.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $4,672.00 |
| **PAYMENT REC'D** | |
| **BALANCE DUE** | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/17/2007 | 0017647-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300896 | 52790 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | BACM 2007-5 | | | |
| | JOB NO: 300896 | | | |
| 1,200 | 454 PG. + 3 SPREADS & COVER PB | | | |
| | TOTAL PRICE | 3700.00 | 0 | 3,700.00 |
| 1,150 | DISCS | 0.50 | EACH | 575.00 |
| 723 | PACKAGES | 1.75 | EACH | 1,265.25 |

| | | |
|---|---|---|
| SALE AMOUNT | | 5,540.25 |
| MISC. CHARGES | | 0.00 |
| | | 0.00 |
| SALES TAX | | |
| TOTAL | | $5,540.25 |

**PAYMENT REC'D**
**BALANCE DUE**

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 ● FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/20/2007 | 0017673-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300901 | 52832 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | JPMCC 2007 - C1 | | | |
| | JOB NO: 300901 | | | |
| 300 | 468PG.+ 1 SPREAD & 6 PG CVR PB | | | |
| | TOTAL PRICE | 2900.00 | 0 | 2,900.00 |
| 300 | DISCS | 0.50 | EACH | 150.00 |
| 40 | PPM | 18.75 | EACH | 750.00 |
| 46 | FED EX SHIPMENTS | 1.75 | EA | 80.50 |

| | |
|---|---|
| SALE AMOUNT | 3,880.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $3,880.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/21/2007 | 0017697-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300842 | 52837 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | UBS 2007 FL1 | | | |
| | JOB NO: 300842 | | | |
| 500 | 664 PGS + 2 SPREADS + 10 TABS | | | |
| | + 6 PAGE COVER | | | |
| | TOTAL PRICE | 5800.00 | 0 | 5,800.00 |
| 500 | DISC | 0.50 | EACH | 250.00 |
| 22 | FED EX SHIPMENTS | 1.75 | EA | 38.50 |

| | |
|---|---|
| SALE AMOUNT | 6,088.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $6,088.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/26/2007 | 0017710-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300896 | 52847 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | BACM 2007-5 | | | |
| | JOB NO: 300896 | | | |
| 500 | 448 PG. + 3 SPREADS & COVER PB | | | |
| | TOTAL PRICE | 3400.00 | 0 | 3,400.00 |
| 500 | DISC | 0.50 | EACH | 250.00 |
| 150 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 67 | FEDERAL EXPRESS | 6.00 | EACH | 402.00 |

| | |
|---|---|
| SALE AMOUNT | 4,802.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $4,802.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/26/2007 | 0017711-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300971 | 52851 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | MORGAN STANLEY 2007 HQ13 | | | |
| | PROSPECTUS SUPPLEMENT | | | |
| | JOB NO: 300971 | | | |
| 300 | 528 PG.+ 2 SPREADS & 6PG CV PB | | | |
| | TOTAL PRICE | 3500.00 | 0 | 3,500.00 |
| 300 | DISC | 0.50 | EACH | 150.00 |
| 100 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 13 | FEDERAL EXPRESS - BOXES | 6.00 | EACH | 78.00 |
| 1 | OVERTIME - PARTIAL SATURDAY | 3000.00 | EACH | 3,000.00 |
| | FOLD, BIND, PACK | | | |

| | |
|---|---|
| SALE AMOUNT | 7,478.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $7,478.00 |
| **PAYMENT REC'D** | |
| **BALANCE DUE** | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 ● FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/26/2007 | 0017712-IN | |

*Dec 11*

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300946 | 52850 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | BSCMSI 07-PWR18 | | | |
| | JOB NO: 300946 | | | |
| 1,000 | 444 PG + 5 SPREADS+ 6PG CVR PB | | | |
| | TOTAL PRICE | 4400.00 | 0 | 4,400.00 |
| 1,000 | DISC | 0.50 | EACH | 500.00 |
| 230 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 41 | FEDERAL EXPRESS - CARTONS | 6.00 | EACH | 246.00 |
| 1 | PARTIAL OVERTIME SATURDAY | 3000.00 | EACH | 3,000.00 |
| | FOLD, BIND, PACK | | | |

| | |
|---|---|
| SALE AMOUNT | 8,896.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $8,896.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 1/14/2008 | 0017865-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO | SALES MAN | PURCHASE ORDER NO | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300307 | 52965 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | SEACASTLE PROSPECTUS | | | |
| | JOB NO: 300307 | | | |
| 17,000 | 348 PG. PB 8 FORMS | 350.00 | / M | 5,950.00 |
| 1 | SATURDAY OT BIND & PACK | 2250.00 | EACH | 2,250.00 |
| 555 | BREAKDOWNS - ALL VARIOUS | 6.00 | EACH | 3,330.00 |

| | |
|---|---|
| SALE AMOUNT | 11,530.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $11,530.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 1/22/2008 | 0017917-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301219 | 53002 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| 2,080 | PRESCIENT - PPM<br>JOB NO: 301219<br>180 PG. & COVER PB<br>TOTAL PRICE | 1850.00 | 0 | 1,850.00 |

| | |
|---|---|
| SALE AMOUNT | 1,850.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $1,850.00 |

**PAYMENT REC'D
BALANCE DUE**

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 ● FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 4/21/2008 | 0018840-IN | · |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES- MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301835 | 53842 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | JPMCC 2008 - C2 | | | |
| | JOB NO: 301835 | | | |
| 1,000 | 488 + 3 SPREADS + 6 PG CVR PB | | | |
| | TOTAL PRICE | 3500.00 | 0 | 3,500.00 |
| 1,000 | DISC | 0.50 | EACH | 500.00 |
| 611 | FED EX SHIPMENTS | 1.75 | EA | 1,069.25 |
| 1 | SATURDAY, BIND, FOLD & PACK | 3000.00 | EACH | 3,000.00 |

| | |
|---|---|
| SALE AMOUNT | 8,069.25 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $8,069.25 |
| PAYMENT REC'D | |
| BALANCE DUE | |



# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 4/21/2008 | 0018848-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301596 | 53841 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | CGCMT 2008-C7 | | | |
| | JOB NO: 301596 | | | |
| 1,000 | 656 PG.+ 4 SPREADS & COVER PB | | | |
| | TOTAL PRICE | 3700.00 | 0 | 3,700.00 |
| 1,000 | DISC | 0.50 | EACH | 500.00 |
| 75 | PPM | 10.00 | EACH | 750.00 |
| 106 | FED EX SHIPMENTS | 1.75 | EA | 185.50 |

| | |
|---|---|
| SALE AMOUNT | 5,135.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $5,135.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 4/23/2008 | 0018868-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301869 | 53854 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | MARATHON PRIVATE PLACEMENT | | | |
| | JOB NO: 301869 | | | |
| 2,784 | 104 PG. & COVER PB | 965.00 | M | 2,686.56 |
| | FOLD 6/16, 1/8 | | | |
| 2 | BREAKDOWNS | 25.00 | EACH | 50.00 |

| | |
|---|---|
| SALE AMOUNT | 2,736.56 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $2,736.56 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 4/25/2008 | 0018890-IN | · |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301803 | 53903 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | LB-UBS 2008-C1 | | | |
| | JOB NO: 301803 | | | |
| 625 | 608 PG. + 1 SPREAD & COVER PB | | | |
| | TOTAL PRICE | 3100.00 | 0 | 3,100.00 |
| 625 | DISC | 0.50 | EACH | 312.50 |
| 275 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 118 | FED EX SHIPMENTS | 1.75 | EA | 206.50 |

| | |
|---|---|
| SALE AMOUNT | 4,369.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $4,369.00 |

| PAYMENT REC'D |
|---|
| BALANCE DUE |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 4/28/2008 | 0018950-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301892 | 53901 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | CLIPPER FUND PROSPECTUS | | | |
| | JOB NO: 301892 | | | |
| 108,000 | 36 PAGES PRINTED | | FLAT | 6,400.00 |
| 107,000 | 36 PG S/C SADDLE STITCH | | | |
| | TOTAL PRICE | 2200.00 | 0 | 2,200.00 |
| 7 | BREAKDOWNS | 25.00 | EACH | 175.00 |
| | | | | |
| | STOCK USAGE: 40# FRASER CUSTOM | | | |
| | 32" - 8154 LBS. | | | |
| | 24" - 6024 LBS. | | | |
| | 16" - 4092 LBS. | | | |

| | |
|---|---|
| SALE AMOUNT | 8,775.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $8,775.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 5/7/2008 | 0019115-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301835 | 54078 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | 301835 JPMCC 2008-C2 | | | |
| 531 | 476 PG. + 3 SPREADS & 6PG CVR | | | |
| | TOTAL PRICE | 3200.00 | 0 | 3,200.00 |
| 411 | DISC | 0.50 | EACH | 205.50 |

| | |
|---|---|
| SALE AMOUNT | 3,405.50 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $3,405.50 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 5/19/2008 | 0019208-IN | |

SOLD TO

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301884 | 54166 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | MLMT 2008-C1 | | | |
| | JOB NO: 301884 | | | |
| 1,837 | 668 PG. + 7 SPREADS & COVER PB | | | |
| | TOTAL PRICE | | 0 | 4,500.00 |
| 977 | DISC BOOKS | 0.50 | EACH | 488.50 |
| 977 | FED EX SHIPMENTS | 1.75 | EA | 1,709.75 |

| | |
|---|---|
| SALE AMOUNT | 6,698.25 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $6,698.25 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 5/30/2008 | 0019295-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 302070 | 54245 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | CENVEO PRELIMINARY OFFERING | | | |
| | JOB NO: 302070 | | | |
| 2,270 | 208 PG. & COVER PB | 975.00 | M | 2,213.25 |
| 1,172 | FED EX SHIPMENTS | 1.75 | EA | 2,051.00 |
| 1 | SATURDAY OT BIND | 1500.00 | EACH | 1,500.00 |
| 1 | SATURDAY OT PACKING | 750.00 | EACH | 750.00 |

| | |
|---|---|
| SALE AMOUNT | 6,514.25 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $6,514.25 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 5/30/2008 | 0019296-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 300247 | 54247 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | RHI ENTERTAINMENT | | | |
| | JOB NO: 300247 | | | |
| 1,733 | FED EX SHIPMENTS | 1.75 | EA | 3,032.75 |
| 1 | SATURDAY OT - PACKING | 750.00 | EACH | 750.00 |

| | |
|---|---|
| SALE AMOUNT | 3,782.75 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $3,782.75 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 6/5/2008 | 0019325-IN | |

SOLD TO:
CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 302199 | 54269 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | PETRA REAL ESTATE OPPORTUNITY | | | |
| | JOB NO: 302199 | | | |
| 87 | CANADIAN WRAP | | | |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 50 | BOOKS NUMBERED | 1.50 | EACH | 75.00 |

| | |
|---|---|
| SALE AMOUNT | 825.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $825.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606
(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 5/5/2008 | 0019326-IN | |

SOLD TO:

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 302199 | 54268 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | PETRA REAL ESTATE OPPORTUNITY | | | |
| | JOB NO: 302199 | | | |
| 3,000 | 240 PG. PB 8 FORMS | 750.00 | M | 2,250.00 |
| 2,756 | BOOKS NUMBERED | 1.50 | EACH | 4,134.00 |
| 3 | BREAKDOWNS | 25.00 | EACH | 75.00 |

| | |
|---|---|
| SALE AMOUNT | 6,459.00 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | |
| TOTAL | $6,459.00 |
| PAYMENT REC'D | |
| BALANCE DUE | |

# BIND-RITE SERVICES, INC.

16 Horizon Blvd.
South Hackensack, NJ 07606

(201) 440-5585 • FAX (201) 440-7973

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 6/5/2008 | 0019328-IN | |

OLD
0

CAPITAL SYSTEMS
2 GRAND CENTRAL TOWER
140 E. 45TH ST.
ATTN: ACCTS. PAYABLE
New York, NY 10017

SHIP
TO:

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| | | 0000084 | 0001 | 301884 | 54265 | | 30 DAYS |

| QUANTITY | SERVICE DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|
| | MLMT 2008 - C1 | | | |
| | JOB NO: 301884 | | | |
| 400 | 648 PG.& 7 SPREADS + COVER PB | | | |
| | TOTAL PRICE | | 0 | 3,900.00 |
| 325 | DISC | 0.50 | EACH | 162.50 |
| 255 | PPM | | EACH | 0.00 |
| | TOTAL PRICE | 750.00 | 0 | 750.00 |
| 81 | FED EX | 1.75 | EACH | 141.75 |

| | |
|---|---|
| SALE AMOUNT | 4,954.25 |
| MISC. CHARGES | 0.00 |
| | 0.00 |
| SALES TAX | $4,954.25 |
| TOTAL | |
| PAYMENT REC'D | |
| BALANCE DUE | |

# EXHIBIT B

PURCHASE ORDER

NOVEMBER 1, 2007

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7973
Email:

Re: 300339 – NAVIOS MARITIME -

## PRELIMINARY PROSPECTUS

Please BIND per the following specifications:

(1)   7 Web Forms
(2)   4 PAGE COVER

Quantity:   BIND ONLY 10,500

No. of Pages: 328+4PAGE COVER

Document Size: 8 3/8 X 10 7/8

Binding: PERFECT

Due: THURSDAY NOVEMBER 1 – MAKE FX

Remarks:   Shipping:
           26 -hands  4,455 Books, see QT on Labels
           90 -Dom Fed-ex 1,939 Books see QT on Labels
           41- International 540 books see QT on Labels
                           1,700 books for Tristate

TOTAL P.01

*Printing Systems, Inc.*

Two Grand Central Tower • 140 East 45th Street • New York, NY 10017 • (212) 201-0400 • Fax (212) 201-0401

## PURCHASE ORDER

NOVEMBER 5, 2007

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: Roger/Tom        Tel (201) 440-5585        Fax (201) 440-7973**

300454 __BACM 2007-4__Preliminary Prospectus Supplement

Enclosed please find the following for the above-mentioned document.

    15-Web Forms
    3 - Spreadsheets – 2-sided
    4 -Page Cover
        Diskette MUST be placed on the inside back cover

## ANNEX A SPREAD INSERTS BETWEEN FORMS 7 & 8

Quantity: **1,250**

No. of Pages: 448 + 4 Page Cover + 3 Spreads + diskette

Document Size: 8-3/8 x 10-7/8

Binding: Perfect Bind

Due: Monday, November 5 - (need to make Monday fed-ex)

# PACK WITH TERM SHEETS!!!!!



**CAPITAL**SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-3400   Phone
212 201-3401   Fax
www.capitalsystems.com

11/08/2007  08:00

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: Bob/Tom/Roger     Tel (201) 440-5585      Fax (201) 440-7973**

Re:  300585__ML-CFC 2007-9__ PRELIM FWP

You will be receiving the following for the above referenced deal.  Please bind as per the following specifications:

1-  21 Web Forms
2-  4 page cover
3-  636 pages text
4-  ANNEX A-1 - 6 Spreads (2-sided)
5-  ANNEX B    - 2 Spread (2-sided)
6-  CD  for Inside Back Cover

# *ANNEX A-1 SPREADS INSERT
# BETWEEN FORMS 9 & 10

# *ANNEX B SPREADS INSERTS
# BETWEEN FORMS 11 & 12

Quantity:  500 (400 finals, 100 PPMS)

No. of Pages:  636 Pages + 4 page cover + 8 Spreads* + CD
Document Size: 8-3/8 x 10-7/8

Binding: Perfect Bind
Due: 11/08/2007
Remarks:
Distribution Breakdown:  HANDS  28 Labels= 170 Finals & 49 PPMs
                                          FED-EX 42 Labels= 108 Finals & 36 PPMs
                                          INTL.   1 label= 15 Finals
                                                      Balance back to Capital!

 **CAPITAL** SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201 3400   Phone
212 201 3401   Fax
www.capitalsystems.com

## PURCHASE ORDER

NOVEMBER 8, 2007

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:      201 440 5585
Fax:      201 440 7973
Email:

Re:   300530 --- Wachovia 2007-C34

---

### PPM

Enclosed please find the following for the above referenced document.
Please PERFECT-BIND as per the following specifications:

( 1 )   66 Xerox Pages*
( 2 )   4 Page Cover

Quantity:  200 (NO OVERS)

No. of Pages:  66 Pages + 4 Page Cover + Prospectus Supplement

Document Size:  8-3/8 X 10-7/8

Binding:   Perfect-Bind @ Bind-Rite

Due: SHIP FX · THURSDAY NOVEMBER 8

**Remarks: \* PLEASE NOTE THAT THE PPM IS IN TWO SECTIONS.
BIND PROSPECTUS SUPPLEMENT BEHIND EXHIBIT A PAGE AND IN
FRONT EXHIBIT B PAGE !!!!!**

*Do NOT BIND ANY OVERS ON this
PPM Document — EXACTLY 200 Please!*

# CAPITAL
*Printing Systems, Inc.*

Two Grand Central Tower • 140 East 45ᵗʰ Street • New York, NY 10017 • (212) 201-3400 • Fax (212) 201-3401

## PURCHASE ORDER

November 12, 2007

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: John/Bob/Roger/Elliot          Tel (201) 440-558   Fax (201) 440-7973**

**Re:  300759 – LB-UBS 2006-C7**

### Preliminary FWP

Enclosed please find the following for the above referenced final prospectus supplement.

Please **PERFECT-BIND** as per the following specifications:

( 1 )    20 Web Forms
( 2 )    6 Page Gate Cover
( 3 )    3 Spreads / 2 Sided
( 4 )    Diskette

**Quantity:**  1,200

**No. of Pages:**    6162 Pages + 3Spreads + 6 Page Gate Cover + Diskette

**Document Size:**   8-3/8  x  10-7/8

**Binding:**  Perfect-Bind

**Due:   WE NEED TO MAKE FEDERAL EXPRESS**

 **CAPITAL** SYSTEMS

Two Grand Central Tower    212 201-5400    Phone
140 East 45th Street, 30th floor    212 201 3401    Fax
New York, NY 10017    www.capitalsystems.com

PURCHASE ORDER

November 14, 2007 03:30

Bind Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7973
Email:

Re: 300339 – NAVIOS MARITIME -

## FINAL PROSPECTUS

Please BIND per the following specifications:

( 1 )   11 Web Forms
( 2 )   4 PAGE COVER

Quantity:  2,500

No. of Pages: 328+4 PAGE COVER

Document Size: 8 3/8 X 10 7/8

Binding: PERFECT

Due: November 14, 2007 11:30
All Labels are being sent to you. Local deliveries for NOON.

Remarks:   Shipping:   36 Hand Labels = 1709 Finals
                        32 Fedx Labels = 234 Finals
                        10 Two Day Fedx Labels = 87 Finals
                        15 Fedx Labels ~ 94 Finals

New York, NY 10017                www.capitolsystems.com

## PURCHASE ORDER

11/16/07 07:00

**Bind-Rite**
16 Horizon Blvd.
South Hackensack, New Jersey
Attn: Roger/Tom          Tel (201) 440-5585        Fax (201) 440-7973

300454__BACM 2007-4__Final Prospectus Supplement

Enclosed please find the following for the above-mentioned document.

     15-Web Forms
     3 - Spreadsheets – 2-sided
     4 -Page Cover
       Diskette MUST be placed on the inside back cover

## ANNEX A SPREAD INSERTS BETWEEN FORMS 7 & 8

**Quantity: 475 Pros Supps**
        **125 PPMs**

**No. of Pages:** 452 + 4 Page Cover + 3 Spreads + diskette

**Document Size:** 8-3/8 x 10-7/8

**Binding:** Perfect Bind

**Due:** 11/16/07 19:00  **(NEED TO MAKE FRIDAY FEDX)**

John,
Please check the Quantities on each label

76 Labels = 76 books singles
28 Labels = 200 Books multiples

Please ship the 125 UNTRIMMED BOOKS FOR PPM to Capital ASAP,
WE WILL BIND THEM.

TOTAL P.01

# CAPITAL
*Printing Systems, Inc.*

Two Grand Central Tower • 140 East 45ᵗʰ Street • New York, NY 10017 • (212) 201-3400 • Fax (212) 201-3401

## PURCHASE ORDER

November 24, 2007

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: John/Bob/Roger/Elliot**       Tel (201) 440-558   Fax (201) 440-7973

Re:  300759 – LB-UBS 2006-C7

## FINAL

Enclosed please find the following for the above referenced final prospectus supplement.

Please **PERFECT-BIND** as per the following specifications:

( 1 )   21 Web Forms
( 2 )   6 Page Gate Cover
( 3 )   3 Spreads / 2 Sided
( 4 )   Diskette

   THE SPREAD SHEETS INSERT IN BETWEEN FORMS NOS. 10 AND 11

**Quantity:** 1,000

**No. of Pages:**   624 Pages + 3Spreads + 6 Page Gate Cover + Diskette

**Document Size:**   8-3/8  x  10-7/8

**Binding:** Perfect-Bind -

**Due:  WE NEED TO MAKE FEDERAL EXPRESS - SAT P.U.**



**CAPITAL** SYSTEMS

Two Grand Central Tower        212 201.3400   Phone
140 East 45th Street, 36th Floor   212 201.2401   Fax
New York, NY 10017             www.capitalsystems.com

PURCHASE ORDER

December 2, 2007 — 18:00

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:        John / Bob / Roger

Tel:        201 440 5585
Fax:        201 440 7973
Email:

Re: 300946 — BSCMSI 07-PWR18

---

### Free Writing Prospectus

---

Enclosed please find the following for the above referenced Preliminary FWP.
Please Perfect-Bind as per the following Specifications:

( 1 )        15 Web Forms — from Metro
( 2 )        6 Page Gate Cover — from Imtech
( 3 )        5 Spreads — from Metro
( 4 )        Diskette — from SRT

**SPREADS INSERT BETWEEN FORMS 8 and 9
(Appendix B = 4 spreads 2/sided & Appendix C = 1 spread 1/sided)

JPM
BGUG

Quantity: 1,800

No. of Pages: 444 + 5 SPREADS + 6PAGE COVER

Document Size: 8 3/8 X 10 7/8

Binding: PERFECT

Due: December 3, 2007 — 18:00

Remarks:  All the printed materials to arrive by 12:00-18:00 Monday

Packing:  UPDATED with PACKING INFO. (LABELS TO COME)
        994 Singles =Fed-ex Labels 1 of Each (TS/FWP)
        45 Singles= International Fed-ex 1 of EACH (TS/FWP)
        4 Multiples=International Fed-ex (TS/FWP) (please check labels)
        24 Multiples=Fed-ex   193 FWP and 88 TS (please check labels)
        134 Multiples=Hands for Tuesday (9-4) 162 FWP 136 TS

TOTAL P.01

 CAPITAL SYSTEMS

Two Grand Central Tower        212 201-3400   Phone
140 East 45th Street, 36th floor   212 201-3401   Fax
New York, NY 10017              www.capitalsystems.com

PURCHASE ORDER

December 2, 2007 - 1800

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:      201 440 5585
Fax:      201 440 7973
Email:

Re: 300901 --- JPMCC 2007- C1

## Preliminary FWP

Please find delivered to you the following for the above referenced Preliminary
FWP. Please PERFECT-BIND as per the following specifications:

( 1 )   15 Web Forms
( 2 )   1 Spreadsheet (2-sided)
( 3 )   6 Page Gate Fold
( 4 )   Diskette for the Inside Back Cover

### ANNEX A-1 SPREADS
### INSERT IN BETWEEN
### FORMS 7 AND 8

- - - - - - - - - - - - - -

Quantity: 1,000

No. of Pages:   460 Pages + 6 Page Gate Cover + 1 Spread + Diskette

Document Size:   8-3/8  X 10-7/8

Binding:   Perfect-Bind

Due:   Need to Make Federal Express Monday

Remarks:   Distribution:

         Domestic Fed-ex 472 Labels 1 book and 1 term sheets
         International Fed-ex 90 labels 1 book and 1 term sheet
         Multiple fed-EX 16 labels     (90 Each) -(ship per quantity)
         Hands    12 Labels   147 each -(ship per quantity)

 **CAPITAL** SYSTEMS

Two Grand Central Tower    212 201-3400  Phone
140 East 45th Street, 36th Floor    212 201-3401  Fax
New York, NY 10017    www.capitalsystems.com

PURCHASE ORDER                     (PRIORITY)

Sunday – December 2nd, 2007 ---

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:      201 440 5585
Fax:      201 440 7973
Email:

Re:  30084  3  --- UBS 2007-FL1

---

## Term Sheet

---

Enclosed please find the following for the above referenced Term Sheet.
Please PERFECT-BIND as per the following specifications:

( 1 )   9 Sheet Feed Forms
( 2 )   4 Page Cover

Quantity:  1,200

No. of Pages:   132 Pages + 4 Page Cover

Document Size:   8-3/8 X 10-7/8

Binding:   Perfect-Bind @ Bind-Rite

Due:  RUSH, RUSH – Sunday – December 2nd, 2007

Remarks:  Need the First 300 Rush To Capital

TOTAL P.01

 **CAPITAL** SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-3400   Phone
212 201-3401   Fax
www.capitalsystems.com

PURCHASE ORDER

Sunday – December 2nd, 2007

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:       John / Bob / Roger

Tel:       201 440 5585
Fax:       201 440 7973
Email:

Re:   300842 --- UBS 2007-FL1

## Preliminary Offering Circular

Enclosed please find the following for the above referenced Preliminary Offering
Circular.    Please PERFECT-BIND as per the following specifications:

( 1 )   24 Web Forms
( 2 )   2 Spreadsheets
( 3 )   6 Page Gate Cover
( 4 )   DVD-Rom for the Inside Back Cover

| Tab 1 (Essex House) | Inserts between forms | 6 and 7 |
| --- | --- | --- |
| Tab 2 (Maui Prince Resort) | Inserts between forms | 7 and 8 |
| Tab 3 (Magazine Multifamily) | Inserts between forms | 8 and 9 |
| Tab 4 (Paramount Hotel) | Inserts between forms | 9 an 10 |
| Tab 5 (MSREF Luxury Resort) | Inserts between forms | 10 and 11 |
| Tab 6 (2600-2800 Colorado Ave.) | Inserts between forms | 11 and 12 |
| Tab 7 (Metro – 301 W 53rd) | Inserts between forms | 12 and 13 |
| Tab 8 (Reston Office Portfolio) | Inserts between forms | 13 and 14 |
| Tab 9 (W Hotel WDC) | Inserts between forms | 14 and 15 |
| Tab 10 (56 Marrietta) | Inserts between forms | 15 and 16 |

| Annex A  Spreads | 2 Spreads | 2 Sided |
| --- | --- | --- |
| Insert in between Forms 22 and 23 | | |

Quantity:  1,200

No. of Pages:   548 Pages ÷ 6 Page Gate Cover + 2 Spreads + DVD

Document Size:  8-3/8 X 10-7/8

Binding:  Perfect-Bind.

Due:  first 300 are priority, Balance for Federal Express

Remarks:
    ALL BOOKS SHIP WITH TERM SHEETS WHICH YOU ARE ALSO BINDING!

TOTAL P.01


## CAPITAL SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-3400   Phone
212 201-3401   Fax
www.capitalsystems.com

PURCHASE ORDER                              December 13, 2007 06:30

Imtech Graphics
545 Dell Road
Carlstadt, NJ 07072
Att:      Nick , Pat, Chris

Tel:      201 933 8002
Fax:      201 933 1708
Email:    data@imtechgraphics.com
Re:   300999 - BACM 2007-5

## Term Sheet

**Enclosed please find a High Res. Pdf for the above mentioned term sheet.
Please print as per the following:**

Quantity:   1,150 + Overs

No. of Pages:   96 pages

Document Size:  8.5 x 11

Stock:   50# White

Color:    Four Color Process

Binding:  Saddle-Wire

*Due:  December 13, 2007 17:30*

Remarks:  For Bind Rite:

            Imtech to send printed term sheets for packing

John:  We need to make fed-ex today Thursday

            660 singles 1 term sheets per label
            20  International labels 1 per
            40 Multiple labels 332term sheets (ship per QT on labels)

        Balance to capital

140 East 45th Street, 20th floor       212 9013451   fax
New York, NY 10017                     www.coolicisystems.com

PURCHASE ORDER

December 14, 2007

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: John/Bob/Roger/Elliot    Tel (201) 440-5585   Fax (201) 440-7973**

**Re:  300971 – Morgan Stanley 2007 – HQ13 – Free Writing Prospectus**

Enclosed please find the following for the above referenced **Free Writing**
**Prospectus.** Please Perfect Bind as per the following Specifications:

  ( 1 )    18 Web Forms
  ( 2 )    6 Page Cover
  ( 3 )    2 spreads – 2 (1/S)  +  1 (1/S)
  ( 4 )    Diskette for the Inside Back Cover

    1 Spreads (2/S) – App II insert between Forms 9 & 10
    1 Spread (1/S) – App III inserts between Forms 10 & 11

**Total Quantity:  650**

**No. of Pages:** 528 Pages + 6 Page Cover + 2 Spreads + Diskette

**Document Size:**   8-3/8 x 10-7/8

**Binding:** Perfect Bind

**Due: 04:00 Saturday 12/15/2007**

**REMARKS: PACK TERM SHEET WITH EACH FEDEX**
**PACKAGE.**

**LABELS WILL BE SUPPLIED APX. 3PM WITH THE**
**TERM SHEETS THAT ARE PRINTING VIA CAPITAL.**
  - **484 FED-EX LABELS – 1 FWP & TS PER PKG**
  - **BALANCE OF BOOKS NEEDED BACK TO CAPITAL**

# PURCHASE ORDER

12/14/07 03:00

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Attn: Roger/Tom          Tel (201) 440-5585          Fax (201) 440-7973

300896__BACM 2007-5

Enclosed please find the following for the above-mentioned document.

    15_-Web Forms
    3 - Spreadsheets   2 sided
    4 -Page Cover
    **Diskette MUST be placed on the inside back cover**

## ANNEX A SPREAD INSERTS BETWEEN FORMS 7 & 8

Quantity: 1150

No. of Pages: 454 + 4 Page Cover + 3 Spreads + diskette

Document Size: 8-3/8 x 10-7/8

Binding: Perfect Bind

Due: 12/15/07 4am- Need to make FedEx Saturday for Monday

    665 singles 1 FWP per label
    21 International labels 1 per
    37 Multiple labels 223 FWP (ship per QT on labels)

(All goods to arrive Friday evening )

 **CAPITAL** SYSTEMS

Two Grand Central Tower;        212 201-3400   Phone
140 East 45th Street, 36th floor   212 201-3401   Fax
New York, NY 10017              www.capitalsystems.com

PURCHASE ORDER

December 19, 2007 – 07:30AM

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:     201 440 5585
Fax:     201 440 7973
Email:

Re: 300901  ---  JPMCC 2007- C1

---

### Final Prospectus Supplement & PPM

---

Please find delivered to you the following for the above referenced **Final Prospectus Supplement & PPM.** Please PERFECT-BIND as per the following specifications:

Final Pros Supp:
( 1 )   15 Web Forms (to be del'vd apx. 15:00 from Metro)
( 2 )   1 Spreadsheet (2-sided) (to be del'vd apx. 10am from Metro)
( 3 )   6 Page Gate Fold (to be del'vd apx. 13:00 from Seybert)
( 4 )   Diskette for the Inside Back Cover (to be del'vd apx. 13:00 from SRT)

# ANNEX A-1 SPREADS
# INSERT IN BETWEEN
# FORMS 7 AND 8

- - - - - - - - - - - - -

PPM:   52 Pg Text & 4 pg Cover -- already sent to Bind Rite from Capital DPS. The PPM wraps around the Final Pros Supp. See front & back which were packed separately.

Quantity: 300 (260 Pros Supps & 40 PPMs)

No. of Pages:   468 Pages + 6 Page Gate Cover + 1 Spread + Diskette

Document Size:   8-3/8 X 10-7/8

Binding:  Perfect-Bind

Due:   Rush – Rush – Rush – Wednesday, December 19, 2007
Need to Make Federal Express Wednesday & Hands Thurs.

Remarks:  Capital will advise about print distro/labels later this am.

 CAPITAL SYSTEMS

Two Grand Central Tower
140 East 45th Street, 26th floor
New York, NY 10017

212 201-3400 Phone
212 201-3401 Fax
www.capitalsystems.com

PURCHASE ORDER

December 20, 2007 - 06:00AM

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:     John / Bob / Roger

Tel:     201 440 5585
Fax:     201 440 7973
Email:

Re:   300842 --- UBS 2007-FL1

## Final Offering Circular

Enclosed please find the following for the above referenced Final Offering Circular.     Please PERFECT-BIND as per the following specifications:

( 1 )   27 Web Forms (Metro to feed forms to BR & be complete by 16:00)
( 2 )   2 Spreadsheets (already at Bind Rite)
( 3 )   6 Page Gate Cover (Imtech to deliver by 13:00)
( 4 )   DVD-Rom for the Inside Back Cover (SRT to deliver by apx. 11am)

Remarks:  10 Tabs – reprinted Tabs 3 & 8 and they were already del'vd to BR.

| Tab 1 (Essex House) | Inserts between forms | 6 and 7 |
|---|---|---|
| Tab 2 (Maui Prince Resort) | Inserts between forms | 7 and 8 |
| Tab 3 (Magazine Multifamily) | Inserts between forms | 8 and 9 |
| Tab 4 (Paramount Hotel) | Inserts between forms | 9 an 10 |
| Tab 5 (MSREF Luxury Resort) | Inserts between forms | 10 and 11 |
| Tab 6 (2600-2800 Colorado Ave.) | Inserts between forms | 11 and 12 |
| Tab 7 (Metro – 301 W 53rd) | Inserts between forms | 12 and 13 |
| Tab 8 (Reston Office Portfolio) | Inserts between forms | 13 and 14 |
| Tab 9 (W Hotel WDC) | Inserts between forms | 14 and 15 |
| Tab 10 (56 Marrietta) | Inserts between forms | 15 and 16 |

| Annex A  Spreads | 2 Spreads | 2 Sided |
|---|---|---|
| Insert in between Forms 22 and 23 | | |

Quantity:   500

No. of Pages:   664 Pages + 6 Page Gate Cover + 2 Spreads + DVD

Document Size:   8-3/8 X 10-7/8

Binding:   Perfect-Bind

Due:  RUSH – RUSH – RUSH – Thursday, December 20, 2007 --- Need to make Thurs., 12/20 Fed-ex !!!

Remarks:  Distro instructions to follow AM Thursday, 12/20.

# PURCHASE ORDER

12/20/07 8:00

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: Roger/Tom        Tel (201) 440-5585        Fax (201) 440-7973**

**300896__BACM 2007-5**

Enclosed please find the following for the above-mentioned document.

      15_-Web Forms
      3 - Spreadsheets – 2-sided
      4 -Page Cover

**Diskette MUST be placed on the inside back cover**

## ANNEX A SPREAD INSERTS BETWEEN FORMS 7 & 8

**Quantity: Bind ONLY 500 (Please leave 150 for PPM'S disk on the side)**

No. of Pages: 448 + 4 Page Cover + 3 Spreads + diskette

Document Size: 8-3/8 x 10-7/8

Binding:  Perfect Bind

Due:  12/20/07 For Fed-ex tonight

    (All goods to arrive Friday afternoon)

    67 Domestic FED-EX for 230 Finals ( Check Quantities on labels )

    (Send 150 untrimmed books to capital) Disk on the side



The Grand Central Tower
140 East 45th Street, 38th floor        212 201-3401   Fax
New York, NY 10017                      www.rapidsystems.com

PURCHASE ORDER                                  December 14, 2007

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: John/Bob/Roger/Elliot      Tel (201) 440-5585   Fax (201) 440-7973**

Re:  300971 – Morgan Stanley 2007 – HQ13 – PPM

Enclosed please find the following for the above referenced **PPM.**  Please
Perfect Bind as per the following Specifications:

    ( 1 )    92 XEROX PAGES (46 SHEETS)
    ( 2 )    3 Page Cover

**Total Quantity: 100**

**No. of Pages:** 92 Pages +  Prospectus Supplement* + 4 Page Cover

**Document Size:**   8-3/8 x 10-7/8

**Binding:**  Perfect Bind

**Due: Saturday, December 22 –FX**

**\* THE PROSPECTUS SUPPLEMENT BINDS BEHIND THE LAST**
**PAGE OF THE PPM !!!!**

 **CAPITAL** SYSTEMS

Two Grand Central Tower    212 201-3400   Phone
140 East 45th Street, 36th floor    212 201-3401   Fax
New York, NY 10017    www.capitalsystems.com

PURCHASE ORDER

December 22, 2007

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7978
Email:

Re: 300946 – BSCMSI 07-PWR18

---

## PPM

---

Enclosed please find the following for the above referenced PPM.  Please
Perfect-Bind as per the following Specifications:

    ( 1 )    102 XEROX PAGES (51 SHEETS)
    ( 2 )    4 Page Cover

Quantity: 230

No. of Pages: 102 + PROSPECTUS SUPPLEMENT* + 4 PAGE COVER

Document Size: 8 3/8 X 10 7/8

Binding: Perfect

Due: December 22, 2007 – FX

Remarks:  * THE PROSPECTUS SUPPLEMENT BINDS BEHIND THE LAST PAGE
OF THE PPM !!!!!!!



Two Grand Central Tower          212 201 3400   Phone
140 East 45th Street, 36th floor    212 201 3401   Fax
New York, NY 10017                www.capitalsystems.com

## PURCHASE ORDER

# January 11, 2008

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: Roger/Tom        Tel (201) 440-5585        Fax (201) 440-7973**

**300307 Seacastle  Prospectus**

Enclosed please find the following for the above-mentioned document.

        8 -Web Forms
        4 -Page Cover Imtech

**Quantity: 17000**

**No. of Pages: 348 + 4 Page Cover**

**Document Size:** 8-3/8 x 10-7/8

**Binding:** Perfect Bind  Saturday Am

**Due:** Fed-ex today Saturday Fed-ex

Binding: perfect bind @ Bind Rite to pack hands and fed-ex packages on Saturday:  Please make sure check Quantity on each labels.  Capricorn will be picking up the packages on Saturday..

95 -Hand labels 6,714 books     (see Quantity on Labels) For Monday
380 labels -Dom Fed-ex Labels 6,016 Books   (see Quantity on Labels)
80 labels -Inter Labels   880 books        (see Quantity on Labels)
    (PLEASE AFFIX LABEL ON BOXES AND AFFIX THE POUCH LABELS (SEE SAMPLE
    FOR THE INTETNATIONAL MULTIPLES)

 CAPITAL SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-3400  Phone
212 201-3401  Fax
www.capitalsystems.com

PURCHASE ORDER

January 19, 2008 – 02:30AM

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:      201 440 5585
Fax:      201 440 7973
Email:

Re: 301219 – Prescient - PPM

## Private Placement Memorandum

Please find the following for the above referenced PPM and Perfect Bind
as per the following Specifications.

( 1 )  6 Web Forms – to be del'vd from Metro – am Mon., 1/21
( 2 )  4 Page Cover – to be del'vd from Dolce – am Mon., 1/21

Note:  there are no spreads or disks with this job.

Quantity:  1500 + Overs

No. of Pages:  180 + 4pg Cover

Document Size: 8 3/8 X 10 7/8

Binding: PERFECT BIND

Due: TUESDAY, January 22, 2008 – 0700AM

Remarks:  Enclosed please find a label for a bulk del of 1500 to Spencer
Trask Tues. 9am & the balance of books go back to Capital.  Capricorn
will pick up Tues. morning AT 7AM.

 **CAPITAL** SYSTEMS

Two Grand Central Tower          212 201-3400   Phone
140 East 45th Street, 36th Floor  212 201-3401   fax
New York, NY 10017               www.capitalsystems.com

PURCHASE ORDER

April 19, 2008 -

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7973
Email:

Re: 301835 --- JPMCC 2008- C2



---

## Preliminary FWP

Please find delivered to you the following for the above referenced **Preliminary FWP**. Please PERFECT-BIND as per the following specifications:

( 1 )   17 Web Forms
( 2 )   2 Spreadsheets (2-sided), 1 spreadsheet 1 sided
( 3 )   6 Page Gate Fold
( 4 )   Diskette for the Inside Back Cover

## ANNEX A-1 SPREADS
## INSERT IN BETWEEN
## FORMS 8 AND 9
### Annex B inserts between forms12 and 13

- - - - - - - - - - - - - -

Quantity: 1,000

No. of Pages:   488 Pages + 6 Page Gate Cover + 3 Spreads + Diskette

Document Size:  8-3/8 X 10-7/8

Binding:  Perfect-Bind

Due:  Need to Make Federal Express Saturday

Remarks:  Distribution:

To come

TOTAL P.01

PURCHASE ORDER

Friday -- April 19th, 2008

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 /973
Email:

Re:  301596 --- CGCMT 2008-C7

## Final Prospectus Supplement

Enclosed please find the following for the above referenced Final Prospectus Supplement. Please PERFECT-BIND as per the following specifications:

( 1 )  21 Web Forms
( 2 )  4 Spread Sheets
( 3 )  4 Page Cover
( 4 )  Diskette for the Inside Back Cover

# THE A-1 SPREADS
# INSERT IN BETWEEN
# FORMS 10 AND 11

----------------

# THE A-5 SPREAD
# INSERTS IN BETWEEN
# FORMS 11 AND 12

Quantity:  900 Finals
           75 PPM's**

No. of Pages:  656 Pages + 4 Page Cover + 4 Spreads + Diskette

Document Size:  8-3/8 X 10-7/8

Binding:  Perfect-Bind

Due:  Monday – April 21st, 2008 -- Noon
Remarks:  ** Please also bind PPM's with supplied front/back text and covers.

Please call Capital with any Questions

TOTAL P.01

140 East 45th Street, 30th floor
New York, NY 10017

www.copirolsystems.com

PURCHASE ORDER                    April 23, 2008 – 02:20AM

**Bind-Rite**
**16 Horizon Blvd.**
**South Hackensack, New Jersey**
**Attn: John/Bob/Roger/Elliot**     Tel (201) 440-5585   Fax (201) 440-7973

Re:  301869 – **Marathon Private Placement Memorandum**

Enclosed please find the following for the above referenced **Private**
**Placement Memorandum.** Please Perfect Bind as per the following
Specifications:

( 1 )     7 Web Forms
( 2 )     4 Page Cover

**Total Quantity: 2,500 + samples**

**No. of Pages:  104 Pages + 4 Page Cover**

**Document Size:   8 ½ X 11**

**Binding:**  Perfect Bind

**Due:  RUSH – RUSH – RUSH – Wednesday, April 23 – 6pm Must.**
**PLEASE PRE-FOLD THE TEXT SO WE CAN MEET THIS**
**TIMING!!!**

**REMARKS:  Text to arrive from Dolce by 2pm on Tuesday.**
**Covers to come from Gailor Wednesday, 4/23 at 13:00.**

TOTAL P.01



**CAPITAL** SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-3400   Phone
212 201-3401   Fax
www.capitalsystems.com

PURCHASE ORDER

April 24, 2008 --- 8am

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:      201 440 5585
Fax:      201 440 7973
Email:

Re:   301803 --- LB-UBS 2008-C1

---

## Final Prospectus Supplement

---

Enclosed please find the following for the above referenced Final Prospectus
Supplement. Please Perfect-Bind as per the following specifications:

( 1 )   20 Web Forms
( 2 )   1 Spreadsheet
( 3 )   4 Page Cover
( 4 )   Diskette for the Inside Back Cover

# THE A-1 SPREAD
# INSERTS IN BETWEEN
# FORMS 9 AND 10

Quantity:   350

No. of Pages:   608 Pages + 1 Spreadsheet + 4 Page Cover + Diskette

Document Size:   8-3/8 X 10-7/8

Binding:   Perfect-Bind

Due:   1pm   Thursday   April 24, 2008

Remarks:

Please call Capital with any Questions

# PURCHASE ORDER

April 24, 2008 --- 15:45

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Tel:      201 440 5585
Fax:      201 440 6644
Email:    csr@bindrite.net
Attn:  Anna Perna /Angel/Mark

Re: 301892 --- Clipper Fund – Prospectus dated May 1, 2008

## Prospectus

Prospectus is OK to Print without changes. Please print as per the following specifications.

MAKE SURE THAT ALL THE SCREENS THROUGH OUT THE PROSPECTUS ARE CONSISTENT.

Quantity:  105,000  1 Overs

No. of Pages:  36 Pager ( Self Cover )

Stock:  40# Frazier Custom Bright White (Supplied by Capital)

Size:   5 5/8 x 8 7/8

Binding:  Saddle-Stitch

Color: Black & PMS 301 Blue (Imp 1 & 36) make sure logo is PMS color (See Imposition Master)

Due:    09:00 AM – Thursday, April 24, 2008

Remarks:       Please send Press Sheets as soon as available

Distribution Breakdown:
50 copies – Capital Systems – New York, NY –              Friday, April 25 @ Noon
6,000 copies - Davis Selected - Tucson, AZ -               Friday, April 25 @ 2:00 PM
1,500 copies – Charles Schwab – Coppell, TX –             Friday, April 25 @ 2:00 PM
100 copies – Davis Selected Advisers – Santa Fe, NM -    Friday, April 25 @ 2:00 PM
12,900 copies - Tri-State Mail   Saddle Brook, NJ -        Monday, April 28 @ 6:00 AM
6,000 copies – BroadRidge · 1155 Long Island Ave – Edgewood, NY - Monday, April 28 @ 6:00 AM
78,700 copies – BroadRidge – 51 Mercedes Way – Edgewood, NY  -  Tuesday, April 29 @ 6:00 AM

Note:  SDS will do all the out of town deliveries.

TOTAL P.01

 CAPITAL SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-2400   Phone
212 201-2401   Fax
www.capitalsystems.com

PURCHASE ORDER

May 5, 2008, 22:00

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7973
Email:

Re: 301835 --- JPMCC 2008- C2

---

## Final Prospectus Supplement

Please find delivered to you the following for the above referenced Final . Please
PERFECT-BIND as per the following specifications:

( 1 )   16 Web Forms
( 2 )   2 Spreadsheets (2-sided), 1 spreadsheet 1 sided
( 3 )   6 Page Gate Fold
( 4 )   Diskette for the Inside Back Cover

## ANNEX A-1 SPREADS
## INSERT IN BETWEEN
## FORMS 7 AND 8
### Annex B inserts between forms10 and 11

-----------------

Quantity: 500 (50 untrimmed for PPM'S)

No. of Pages:   476 Pages + 6 Page Gate Cover + 3 Spreads + Diskette

Document Size:   8-3/8 X 10-7/8

Binding:   Perfect-Bind

Due:   Need books for the afternoon Tuesday

Remarks:  All goods to arrive by 7-8 on Tuesday....

 CAPITAL SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201.3400   Phone
212 201.3401   Fax
www.capitalsystems.com

**PURCHASE ORDER**

May 16, 2008 – 05:30am

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:        John / Bob / Roger

Tel:        201 440 5585
Fax:        201 440 7973
Email:

Re: 301884 - MLMT 2008-C1

## PRELIM FWP

( 1 )   22 Web Forms (Metro to deliver apx. 10am Fri.)
( 2 )   5 Spread Sheets (2/S) – Annex A-1 (Metro to deliver apx. 7am Fri.)
( 3 )   2 Spread Sheets ( 2/S) – Annex B (Metro to deliver apx. 7am Fri.)
( 3 )   4 Page cover (Imtech to deliver apx. 10am Fri.)
( 4 )   CD (SRT to deliver apx. 12 noon Fri.)

ANNEX A-1 SPREADS INSERT BETWEEN FORMS 10 & 11
              Page 1 = 1 – 1.084
              Page 2 = 1.085 – 1.169
              Page 3 = 1.170 – 1.254
              Page 4 = 1.255 – 30
              Page 5 = 31 – 92
ANNEX B SPREADS INSERT BETWEEN FORMS 12 & 13
              Page 1 front = 1 – 1.079
              Page 1 back = 1.080 – 1.159
              Page 2 front = 1.160 – 1.229
              Page 2 back = 1.230 - 90

Quantity:  1500 + Overs

No. of Pages: 668 + 7 SPREADS + 4 PAGE COVER + CD

Document Size: 8 3/8 X 10 7/8

Binding: PERFECT

Due: RUSH – RUSH – RUSH – FRIDAY, MAY 16, 2008 - NEED TO MAKE
HANDS BY COB – FRIDAY, MAY 16, 2008 & FEDEX FRIDAY, MAY 16 FOR
MONDAY, MAY 19

Remarks:  <u>PACK THE TERM SHEET WITH THE PROS SUPP – 1 FOR 1 UNLESS
OTHERWISE INDICATED.  TERM SHEETS WILL BE DEL'VD FROM IMTECH -
FRI. APX. 10AM. HAND AND FEDEX LABELS ARE BEING SENT OVER TO YOU.</u>

 CAPITAL SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212 201-3400   Phone
212 201-3401   Fax
www.capitalsystems.com

PURCHASE ORDER

May 31, 2008 – 10:15am

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:     John / Bob / Roger

Tel:     201 440 5585
Fax:     201 440 7973
Email:

Re: 302070 – Cenveo – Preliminary Offering Memo

## PRELIMINARY OM - PACKING

Please pack the above referenced job as per the following breakdown:

( 1 )    12 hands at 315 books
( 2 )    1137 Single Fed-ex at 1137 books
( 3 )    14 multiple Fed-ex at 106 books
( 4 )    9 Int'l Fed-ex at 63 books


Due: RUSH – RUSH – RUSH SATURDAY, MAY 31 – MAKE FX

Remarks: Please provide a timing for us to arrange SDS to pick up the hands and fed-ex packages.

TOTAL P.01



**CAPITAL** SYSTEMS

Two Grand Central Tower     212 201-3400   Phone
140 East 45th Street, 36th floor     212 201-3401   Fax
New York, NY 10017     www.capitalsystems.com

## PURCHASE ORDER

May 31, 2008 – 09:15am

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:     John / Bob / Roger

Tel:     201 440 5585
Fax:     201 440 7973
Email:

Re: 300247 – RHI Entertainment – Preliminary Prospectus

## PRELIMINARY PROSPECTUS - PACKING

Please pack the above referenced job as per the following breakdown:

( 1 )   34 hands at 3776 books
( 2 )   1 Canadian Int'l at 30 books
( 3 )   4 Canadian Hands at 110 books
( 4 )   108 Int'l SDS at 108 books
( 5 )   1 Canadian Hand at 10 books – ship w/sup'ld Cowen memo
( 6 )   10 Fed-ex at 238 ship w/sup'ld Cowen memo
( 7 )   2 Int'l SDS at 2 ship w/sup'ld Cowen memo
( 8 )   7 Hands at 149 ship w/sup'ld Cowen memo
( 9 )   1412 Single Fed-ex at 1412 books
( 10)   154 multiple Fed-ex at 3116 books

Due: RUSH – RUSH – RUSH SATURDAY, MAY 31 – MAKE FX

Remarks: Please provide a timing for us to arrange SDS Int'l to pick up and also
for Capricorn to pick up to take the hands and fed-ex packages.

 **CAPITAL** SYSTEMS

Two Grand Central Tower
140 East 45th Street, 36th floor
New York, NY 10017

212-201-5600   Phone
212-201-5601   Fax
www.capitalsystems.com

PURCHASE ORDER

June 4, 2008 --- 10:30am

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7973
Email:

Re:   302199  ---  Petra Real Estate Opportunity Trust

---

### Canadian Preliminary Offering Memorandum

Enclosed please find the following for the above referenced Canadian
Preliminary Offering Memorandum. Please Perfect-Bind as per the following
specifications:

( 1 )   4 page Cover (Canadian cover)
( 2 )   7 docutech sheets (two-sided)
( 3 )   4 page Cover
( 4 )   8 Web Forms

Quantity:     85 copies

# PLEASE SEQUENTIALLY NO.
# C0001 TO C0050
# IN BLACK INK

No. of Pages:    Canadian Prel. OM – 14 pages + 4 Page Cover

No. of Pages:    Prel. OM -- 240 Pages + 4 Page Cover    on top

Document Size:    8 3/8 X 10 7/8

Binding:    Perfect-Bind

Due:    Rush, Rush, Rush    Wednesday    June 4, 2008

Remarks:    Please call Capital with any questions

 CAPITAL SYSTEMS

Two Grand Central Tower        212 201-3400   Phone
140 East 45th Street, 36th Floor   212 201-3401   Fax
New York, NY 10017             www.capsystems.com

PURCHASE ORDER

June 4, 2008 --- 10:30am

Bind-Rite
16 Horizon Blvd.
South Hackensack, New Jersey
Att:    John / Bob / Roger

Tel:    201 440 5585
Fax:    201 440 7973
Email:

Re:    302199  ---  Petra Real Estate Opportunity Trust

---

### Preliminary Offering Memorandum

---

Enclosed please find the following for the above referenced Preliminary Offering
Memorandum. Please Perfect-Bind as per the following specifications:

( 1 )   8 Web Forms
( 2 )   4 page Cover

Quantity:   3000

# PLEASE SEQUENTIALLY NO.
# 0001 TO 2756
# IN BLACK INK

No. of Pages:    240 Pages + 4 Page Cover

Document Size:    8 3/8 X 10 7/8

Binding:    Perfect-Bind

Due:    Rush, Rush, Rush    Wednesday    June 4, 2008

Remarks:    Please call Capital with any questions

TOTAL P.01

 **CAPITAL** SYSTEMS

Two Grand Central Tower          212 201-3400   Phone
140 East 45th Street, 36th floor    212 201-3401   Fax
New York, NY 10017               www.capitalsystems.com

PURCHASE ORDER

June 4, 2008 – 04:40am

Bind-Rite ⊛
16 Horizon Blvd.
South Hackensack, New Jersey
Att:      John / Bob / Roger

Tel:      201 440 5585
Fax:      201 440 7973
Email:
Re: 301884 - MLMT 2008-C1

## Final Prospectus Supplement & PPM

Final Pros Supp:
( 1 )   21 Web Forms (Metro to deliver apx. 12pm Wed.)
( 2 )   5 Spread Sheets (2/S) – Annex A-1 (Metro to deliver apx. 7-8am Wed.)
( 3 )   2 Spread Sheets (2/S) – Annex B (Metro to deliver apx. 7-8am Fri.)
( 3 )   4 Page cover (Imtech to deliver apx. 1pm Wed.)
( 4 )   CD (SRT to deliver apx. 1pm Wed.)

ANNEX A-1 SPREADS INSERT BETWEEN FORMS 10 & 11
                Page 1 = 1 – 1.084
                Page 2 = 1.085 – 1.169
                Page 3 = 1.170 – 1.254
                Page 4 = 1.255 – 30
                Page 5 = 31 – 92
ANNEX B SPREADS INSERT BETWEEN FORMS 12 & 13
                Page 1 front = 1 – 1.079
                Page 1 back = 1.080 – 1.159
                Page 2 front = 1.160 – 1.229
                Page 2 back = 1.230 – 90

PPM:
( 1 )   4 pg Cover + 88 pg text (Capital to del apx. 4:30am Wed.)  Note:  text is supplied as
the front of PPM in one box & the back of PPM in a separate box.  The printed Final Pros
Supp inserts between.

Quantity:  325 ÷ Overs (Net:  255 Final Pros Supps & 70 PPMs)

No. of Pages: 648 + 7 SPREADS + 4 PAGE COVER + CD

Document Size: 8 3/8 X 10 7/8

Binding: PERFECT

Due: RUSH – RUSH – RUSH – WEDNESDAY, JUNE 4, 2008 - NEED TO MAKE
FEDEX

Remarks:  Labels will be supplied to you for distribution Wed. am.