David C. Berg (DB-4089)
The Law Offices of David C. Berg
Attorneys for Plaintiff
Bind-Rite Services, Inc.
425 Madison Avenue, 11th Floor
New York, New York 10017-1110
(212) 829-0400

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BIND-RITE SERVICES, INC.,                                              Case No.

                            Plaintiff,

                        – against –

                                                                                      **STATEMENT PURSUANT TO**
                                                                                      **RULE 7.1**

CAPITAL SYSTEMS L.L.C.,

                            Defendant.
-----------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. § 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Bind-Rite Services, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                                     NONE

Dated: June 25, 2008

                                                                   _____
                                                                        David C. Berg