AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08 civ 5713

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Bind-Rite Services, Inc. as an Associate of The Law Offices of David C. Berg

In the Matter of:

Bind-Rite Services, Inc. v. Capital Systems LLC

I certify that I am admitted to practice in this court.

7/8/08
Date

_[Signature]_
Signature

BENJAMIN SUESS          BS-0354
Print Name              Bar Number

425 MADISON AVE, 11th FL
Address

NY         NY         10017-1110
City       State      Zip Code

212 829 0400           212 829 9398
Phone Number           Fax Number