IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

BIND-RITE SERVICES, INC.,

    Plaintiff,

vs.

CAPITAL SYSTEMS, L.L.C.,

    Defendant.

Docket No. 08-cv-05713 (RJS)

ECF Case

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Bind-Rite Services, Inc., and counsel for defendant Capital Systems, L.L.C., ("Capital") in the above-captioned action, that the time for defendant Capital to move, answer, or otherwise respond to the Complaint in the above-captioned action is extended through and including July 28, 2008.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above captioned action that Capital shall not raise and hereby waives solely the affirmative defenses of lack of personal jurisdiction and improper of service of process.

Dated: July 18, 2008

LOWENSTEIN SANDLER PC

By: _____
S. Jason Teele, Esq. (ST 7390)
1251 Avenue of the Americas
New York, New York, 10020
212 262 6700
Attorneys for Capital Systems, LLC

LAW OFFICE OF DAVID C. BERG

By: _____
David C. Berg, Esq. (DB 4089)
425 Madison Avenue, 11th Floor
New York, New York 10017-1110
212-829-0400
Attorneys for Bind-Rite Services, Inc.

15389/8
07/18/2008 8988756.1

SO ORDERED
Date: 7/21/08
RICHARD J. SULLIVAN
U.S.D.J.