**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas
New York, New York 10020
212.262.6700
Christopher S. Porrino (CP-4028)
Attorneys for Defendant
Capital Systems, L.L.C.

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIND-RITE SERVICES, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>CAPITAL SYSTEMS, L.L.C.,<br><br>   Defendant. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Case No. 08-cv-05713 (RJS)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capital Systems, L.L.C. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  NONE.

            By: s/Christopher S. Porrino
               Christopher S. Porrino (CP-4028)
               **LOWENSTEIN SANDLER PC**
               Attorneys At Law
               1251 Avenue of the Americas
               New York, New York 10020
               212.262.6700
               cporrino@lowenstein.com