**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas
New York, New York  10020
212.262.6700
Christopher S. Porrino (CP-4028)
Attorneys for Defendant
Capital Systems, L.L.C.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIND-RITE SERVICES, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>CAPITAL SYSTEMS, L.L.C.,<br><br>       Defendant. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No.  08-cv-5713 (RJS)<br><br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER S. PORRINO ON BEHALF OF DEFENDANT** |

      **PLEASE TAKE NOTICE** that Defendant Capital Systems, L.L.C., ("Capital") is represented by the firm Lowenstein Sandler PC.  Christopher S. Porrino is a member of Lowenstein Sandler PC, and is lead counsel for Capital in this matter.  Christopher S. Porrino is registered on the Court's CM/ECF system.  Accordingly, Capital requests that any Notices of Electronic Filing be sent to Christopher S. Porrino at the following address: cporrino@lowenstein.com.

21491/2
07/28/2008 9367848.2

-2-

I certify that I am admitted to practice before this Honorable Court.

Respectfully submitted,

By:    s/Christopher S. Porrino
        Christopher S. Porrino (CP-4028)
        **LOWENSTEIN SANDLER PC**
        Attorneys At Law
        1251 Avenue of the Americas
        New York, New York 10020
        212.262.6700
        cporrino@lowenstein.com

Dated: July 28, 2008