**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas
New York, New York  10020
212.262.6700
Christopher S. Porrino (CP-4028)
Attorneys for Defendant
Capital Systems, L.L.C.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BIND-RITE SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL SYSTEMS, L.L.C.,<br><br>Defendant. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No.  08-cv-5713 (RJS)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that today I caused to be delivered via electronic case filing the attached Notice of Appearance, Answer and Affirmative Defenses to Plaintiff's Complaint, and Rule 7. 1 Statement to the following:

> David C. Berg, Esq.
> Attorney for Plaintiff
> Bind-Rite Services, Inc.
> 425 Madison Avenue, 11th Floor
> New York, NY  10017-1110

I hereby certify that the foregoing statements made by are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:  s/Christopher S. Porrino
Christopher S. Porrino (CP-4028)
**LOWENSTEIN SANDLER PC**
Attorneys At Law
1251 Avenue of the Americas
New York, New York 10020
212.262.6700
cporrino@lowenstein.com

Dated:  July 28, 2008

21491/2
9378558.1